BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY SHIH (CABN 296945)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7168; jeffrey.shih@usdoj.gov

Attorneys for the United States of America

FILED

APR 20 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 17-CR-180 RS |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | )  |
| ANTOINE FOWLER, | ) |
| Defendant. | ) |

The parties appeared before the Court for an arraignment on April 20, 2017. The parties, with the consent of the defendant, hereby stipulate as follows:

1. The defendant is currently out of custody.
2. The United States has provided and continues to provide the defendant with discovery materials, and the defense requires additional time to review the discovery, to confer with the defendant and the United States, and to prepare effectively.
3. There is good cause to exclude time under the Speedy Trial Act as the ends of justice from such an exclusion outweigh the best interest of the public and the defendant in a speedy trial. Specifically, such an exclusion provides defense counsel reasonable time for effective preparation, taking into account due diligence. 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

STIPULATION AND ORDER EXCLUDING TIME          1

4. Based on the foregoing, the parties jointly and respectfully request that the Court issue the proposed order excluding time under the Speedy Trial Act.

IT IS SO STIPULATED.

DATED: April 20, 2017

_____
KENNETH HOWARD WINE
Counsel for Defendant

BRIAN J. STRETCH
United States Attorney

DATED: April 20, 2017

_____
JEFFREY SHIH
Assistant United States Attorney

## [PROPOSED] ORDER TO EXCLUDE TIME

Based on the stipulation of the parties, the consent of the defendant, and on good cause shown, the Court orders that the time period from the date of this Order, through and including the date set for the status conference before the District Court on MAY 9, 2017, is excluded under the Speedy Trial Act. The Court bases this exclusion of time and makes the findings as stipulated by the parties above.

IT IS SO ORDERED.

Dated: April 20, 2017

_____
HON. JOSEPH C. SPERO
United States Chief Magistrate Judge