Antoine Fowler Sr.

Andrea Smith <46andreasmith@gmail.com>
Tue 12/24/2019 8:39 AM
To: kenwine@hotmail.com <kenwine@hotmail.com>

To whom it may concern,

My name is Andrea Smith. I'm writing this letter on behalf of Antoine Fowler Sr. I met Antoine 15 years ago, and he is the father of our 13 year old son Antoine Jr.

Over the last 4 years I've watched Antoine grow into a man of integrity. Antoine and myself has developed a friendship that helps us co-parent to raise our son to be great!

As you know Antoine Sr. was absent for many years of our child growing because of his lifestyle back then. If you asked me 10 years ago how I felt about Antoine, I would not be writing this letter but today I no longer know that broken young boy. I see a father, a man of encouragement, a teacher and a friend. A man that wants to see his children grow and not make the same mistakes he did.

I'm so grateful that Antoine Sr. has made the strides needed to be an amazing father to our child and his other children. Being a parent is not easy, it definitely takes two and a village to raise a child.

To hear he is being judged on his character from 14 years ago breaks my heart because I know he is no longer that young boy. Antoine grew up in Bayview Hunters Point and fell into the trap that most boys without guidance, after school programs and lack of encouragement does. Yes, Antoine and myself had a unhealthy toxic relationship but I forgave him when I saw he changed for the greater good. Who am I to hold on to hate and angry for a person that no longer holds those qualities?

I'm writing this letter to tell you my child needs his father! Antoine Sr. is not a threat to our community but a asset to help the new generation break and prevent viscous cycles of young Black men growing up without their fathers.

If you have any questions or need any further information please don't hesitate to contact me by phone at (415)298-6861.

Sincerely,

EXHIBIT A

Andrea Smith
A concerned Mother

"Don't judge people on their past mistakes but on their insight to recognize their faults having heart to correct them and the guts to move on"

**Uber | JUMP**

December 16, 2019

To Whom It May Concern:

I have had the pleasure of knowing Antoine for the last 6 months as his direct manager at JUMP/Uber. Antoine is dedicated to his work, and is someone of high moral character who has had a major positive impact on our culture here at JUMP SF.

Antoine joined our operations team in 2018 as a field technician, and was promptly promoted to a Shift Lead position due to his strong work ethic, natural leadership skills and caring attitude. In his role as shift lead, Antoine is responsible for leading a team of fourteen field technicians on a day to day basis. Antoine has grown from strength to strength in this capacity. I have been particularly impressed with his ability to come alongside his subordinates to support/coach them on their job duties. He has also demonstrated the skills necessary to connect and communicate effectively with individuals from all walks of life, from upper management to the technicians in the field. Antoine truly values his work, and the people around him!

Please don't hesitate to contact me (415-373-7009) with any other questions.

Regards,

Luke Dickens

**Operations Manager | JUMP SF**
ldickens@uber.com
1 (415) 373-7009
2200 Jerrold Ave, Unit R & S
San Francisco, CA 94124

**Uber**



EXHIBIT B