# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

ANTOINE FOWLER,

    *Defendant.*

No. CR-17-180 RS

**ORDER CONTINUING SELF-SURRENDER DATE**

JUDGE RICHARD SEEBORG

The court having received a stipulation from the parties, and having considered the stipulation of the parties, the defendant's medical condition, the protection of the public, and otherwise being advised in the premises,

THE COURT FINDS good cause to continue defendant's self-surrender date.

IT IS THEREFORE ORDERED that defendant Antoine Fowler shall surrender for service of his sentence at the institution designated by the Bureau of Prisons or as otherwise notified by the United States Marshal or the Probation or Pretrial Services Office at or before 2:00 p.m. on June 30, 2020.

Date: May 6, 2020

Richard Seeborg
United States District Judge

*Order Further Continuing Self-Surrender Date—U.S. v. Fowler, CR 17-180-RS*