UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTOINE FOWLER,<br><br>　　　　Defendant. | Case No. 17-cr-00180-RS-2<br><br>**ORDER DENYING REDUCTION IN SENTENCE** |

　　　Defendant Antoine Fowler again moves for a reduction in his sentence, his third such motion in the last year. As Fowler acknowledges by additionally captioning his motion as a request for reconsideration, his arguments are substantially repetitive of those in his prior motions. For the reasons previously set out—*see* Dkt. Nos. 348 and 357—the motion is denied.

**IT IS SO ORDERED**.

Dated: August 12, 2022

_____
RICHARD SEEBORG
Chief United States District Judge